942

No. 661. CHEVRON OIL CO. *v.* HUSON. C. A. 5th Cir. Certiorari granted.

No. 1114. UNITED STATES *v.* CALDWELL. C. A. 9th Cir. Certiorari granted.

No. 1381. BRANZBURG *v.* HAYES ET AL., JUDGES. Ct. App. Ky. Certiorari granted.

No. 1286. UNITED STATES *v.* CHAS. PFIZER & CO., INC., ET AL. C. A. 2d Cir. Certiorari granted. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1389. UNITED STATES *v.* TUCKER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 1454. PICARD *v.* CONNOR. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 1413. PARISI *v.* DAVIDSON ET AL. C. A. 9th Cir. Motion to dispense with printing petition and certiorari granted. Motion to advance oral argument denied.

No. 1434. IN RE PAPPAS. Sup. Jud. Ct. Mass. Motion of National Broadcasting Co., Inc., for leave to file a brief as *amicus curiae* granted. Certiorari granted.